# United States District Court
## Violation Notice

CVB Location Code: 4C17

**Violation Number:** 4836267
**Officer Name (Print):** Vrchota
**Officer No.:** 8

4836267

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 6/5/15 1533
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code
**Code:** 36 CFR 4.21

**Place of Offense:** MM 289

**Offense Description: Factual Basis for Charge:** Speeding 60 in 45 zone
HAZMAT ☐

### DEFENDANT INFORMATION
Phone: ( )

**Last Name:** Leyshon
**First Name:** Curtis
**M.I.:** E

**Street Address:** 915 N Pine Run Rd
**City:** Boone
**State:** NC
**Zip Code:** 28607
**Date of Birth:** 7/15/57

**Drivers License No.:** 4701397
☐ CDL **D.L. State:** NC
**Social Security No.:** —

☒ Adult ☐ Juvenile **Sex:** ☒ Male ☐ Female
**Hair:** BR **Eyes:** BR **Height:** 6-4 **Weight:** —

### VEHICLE VIN:
CMV ☐

**Tag No.:** TD 16786
**State:** NC
**Year:** —
**Make/Model:** Dodge
PASS ☐
**Color:** Blue

**A** ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

056276

$ 75 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ 100.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**X Defendant Signature**

(Rev. 01/2011) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 6/5, 20 15 while exercising my duties as a law enforcement officer in the Western District of North Carolina.

While patrolling the Blue Ridge Parkway, I observed a vehicle driven by Leyshon which appeared to be traveling faster than the posted 45 MPH limit. RADAR indicated the vehicle speed to be 60 MPH.

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 6/7/15 [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

Case 1:15-cr-00109-MR   Document 1   Filed 12/09/15   Page 1 of 1