FILED
ASHEVILLE, N.C.

DEC 10 2015

U.S. DISTRICT COURT
W. DIST. OF N.C.

# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

CURTIS E. LEYSHON

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 4836267

Defendant's Attorney

**THE DEFENDANT:**

- ☐ pleaded guilty to count(s) Enter Counts
- ☐ pleaded guilty to violation(s) Enter Counts
- ☒ pleaded not guilty to count(s) WC17 4836267
- ☐ pleaded not guilty to violation(s) Enter Counts

| Title and Section | Nature of Offense | Date of Offense | Counts |
|---|---|---|---|
| 36 CFR 4.21 | Speeding 60/45 | 6/5/2015 | 4836267 |

- ☐ Counts(s) Enter Counts (is)(are) dismissed on the motion of the United States.
- ☐ Violation Notice(s) Enter Counts (is)(are) dismissed on the motion of the United States.
- ☐ Found not guilty as to: Enter Counts

**IMPOSITION OF SENTENCE:**

That the defendant pay a fine in the amount of $100 plus $10 assessment and $25 processing fee. All monies due by 1/20/2016.

Date of Imposition of Sentence: 12/9/2015

Signature
Title of Signing Officer
United States District Court

**RETURN**

I have executed this Judgment as follows: _____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal

Case 1:15-cr-00109-MR   Document 1-1   Filed 12/09/15   Page 1 of 1