District Court of the U.S.,
Western District of North Carolina

FILED
ASHEVILLE, N.C.
DEC 09 2015
U.S. DISTRICT COURT
W. DIST. OF N.C.

USA

v.

Curtis Leyshon

1:15 cr 109
Case 4836276

---

Notice of Appeal

Comes now, Curtis Leyshon, and gives notice of appeal in case 4836276 on this day of ~~~~ 12/9/15

Curtis Edwin Leyshon