**Defendant**   Curtis E. Leyshon          **CR/MJ/CVB Case Number**   WC17 4836267

Date: 8/12/2015     [ ] Indictment     [ ] Complaint     [ ] Information     [X] CVB

Charge: 36 CFR 4.21; Date of offense 6/5/2015. Speeding-60/45.

Government: David Thorneloe/John Pritchard

Interpreter: Not Needed, or Requested.

*****************************************************************************

**Initial Appearance: 8/12/2015 AVNC CVB Judge Dennis L. Howell**

Dft rec'd copy of Indictment/Info/Complaint/Citation [X]

Dft understands right to counsel [ ]     Dft req CAC [ ]     Dft to self-represent [X]

Notes: Defendant was informed of his right to counsel, chose to represent himself. No financial affidavit filed. Case continued to 10/14/2015 for further proceedings.

**Initial Appearance (Continued): 10/14/2015 AVNC CVB Judge David C. Keesler TIC 12:24 PM to 1:19 PM.**

Notes: Defendant was given another initial appearance. Informed of charge, and right to counsel. Dft to continue to represent himself. No financial affidavit filed. Case scheduled for 12/9/2015 for trial.

*****************************************************************************

**Trial: 12/9/2015 AVNC CVB Judge Dennis L. Howell.**

    **Start Time 1:59 PM.**

**Dfts Plea: Not Guilty (entered for the Defendant by Judge Dennis L. Howell).**

Citing officer sworn and provided testimony regarding violation. Defendant sworn and provided testimony regarding violation.

**Sentencing/Judgment:** Defendant is to pay a fine in the amount of $100, plus a $10 special assessment and $25 processing fee. All monies due by 1/20/2016. Defendant advised of right to appeal.

    **End Time 3:48 PM.**