4836267
CL

FILED
ASHEVILLE, N.C.

AUG 1 2 2015

U.S. DISTRICT COURT
W. DIST. OF N.C.

Amy J. Shook
Register of Deeds
Watauga County
842 West King Street, Suite 9
Boone, NC 28607

STATE OF NORTH CAROLINA
COUNTY OF WATAUGA

I do hereby certify that this is a true and correct reproduction of the attached document filed and recorded in Watauga County as evidenced in:

Book No. __1818__ Page No. __244__ and consists of __4__ page/s.

Witness my hand and official seal of office this the _11TH_ day of _AUGUST, 2015_.

AMY J. SHOOK   REGISTER OF DEEDS

By: _Lori K Bolick_ Deputy

SEAL

CURTIS LEYSHON
915 NORTH PINE RUN RD
BOONE, NC 28607

FILED Ray J. Shook
Register of Deeds, Watauga Co, NC
Fee Amt: $26.00
Recorded: 08/11/2015 at 11:35:39 AM
Bk 1818 Pg 244
Doc No: 639426  Kind: SEE/INST

# The United States of America

## CERTIFICATE OF POLITICAL STATUS, CITIZEN STATUS AND ALLEGIANCE

STATE OF NORTH CAROLINA ) ss.
Watauga County )

Personal description of the Holder of this Certificate of Political Status, Citizen Status and Allegiance:

True name – Curtis Edwin Leyshon; Date of Natural Birth – July 15th, 1957; Location of Natural Birth – Wilson, North Carolina; **Complexion** – white; **Race** – Caucasian; **Color of eyes** – brown; **Color of hair** – brown; **Height** – 6 ft. 3 in.; **Weight** – 235 lbs.; **Visible distinctive marks** – scar on right abdomen; **Marital status** – married; **Nationality and Political Status** – North Carolinian, a native of the several States; **Citizen status**: white citizen; and, American citizen; and, citizen of the United States of America; and, Natural Born Native and citizen of the foreign state of North Carolina domiciled in the territorial boundaries of North Carolina, currently a citizen of North Carolina and a qualified elector of North Carolina. I under oath certify that the facts herein are true and correct under the penalties of perjury and that the photograph affixed hereto is a likeness of me.



I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, State or sovereignty, of which I have been a subject or citizen, including any allegiance to or to be clothed with the fictional status of a "citizen of the United States" as a misnomer declared in 14 Stat. 27 codified in 42 U.S.C. §§§ 1981, 1982 and 1988 by Congress with said "citizen of the United States" memorialized in the Fourteenth Amendment having no direct access to the Bill of Rights Amendments One through Eight of the Constitution of the United States; and, with the Bill of Rights one through eight being "incorporated" at the discretion of the Courts of the United States into the fictional "citizen of the United States." Take Notice of the Fact that a "citizen of the United States" domiciled within the District of Columbia is NOT subject to the Fourteenth Amendment, but is a "qualified elector" as evidenced in DC ST § 1-1001.02(2)(B) clothed by and with the direct protections of the Bill of Rights Amendments one through eight.



Certificate of Political Status, Citizen Status and Allegiance — Page 1 of 4

Bk 1818 Pg 245
Doc No: 639426 Kind: SEE/INST

# The United States of America

And further, I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity and any such use of the status of a "citizen of the United States" under the Plenary Power of Congress using "Acts of Congress" and/or "Laws of Congress" as follows: by and through using adhesion contracts, and/or by and through using the "public rights" doctrine of accepting some benefit(s); and/or, by and through using "implied-in-law contracts; and/or, by and through any means that I have accepted some benefit, i.e., "That the United States, when it creates rights [benefits] against itself, is under no obligation to provide a remedy in the courts" (*United States v. Babcock*, 250 U.S. 328, 331 (1919) being any Court of the United States arising under Article III of the Constitution of the United States exercising the judicial Power of the United States in all Cases in Law and Equity with the only exceptions clothed under the law of necessity; and/or, that any State when it creates rights [benefits] against itself, is under no obligation to provide a remedy in a constitutional courts of one of the several States, with the only exceptions clothed under the law of necessity.

And further, I renounce, rescind my signature and abjure from all of the following: all adhesion contracts and documents known or unknown; and, all implied-in-law contracts and documents known or unknown, all "public rights" doctrine contracts and documents known or unknown; and, all other contracts, agreements and documents that would in any way attach or subject me by any means known or unknown with the only exception being under the Law of Necessity.

And further Congress may vest the Courts of the District of Columbia with administrative or legislative functions, which are not properly judicial, but it may not do so with any Federal Court established arising under Article III of the Constitution of the United States either directly or by appeal including any District Court of the United States, any United States District Court, any Circuit Court of Appeals and the Supreme Court of the United States. *Postum Cereal Co, Inc. v. California Fig Nut Co*, 272 U.S. 693, 700-701 (1927).

And further, The plenary Power of Congress in the "District of Columbia" is evidenced by "Acts of Congress," "Laws of Congress" or "laws of the United States of America" including but not limited to the "Internal Revenue" Taxation of the National Government that is lawfully and legally confined within the District of Columbia under the Plenary Power of Congress.

Certificate of Political Status, Citizen Status and Allegiance

Case 1:15-cr-00109-MR  Document 5  Filed 12/15/15  Page 3 of 5
BK 1818 PG 245 DOC# 639426

Bk 1818 Pg 245
Doc No: 639426 Kind: SEE/INST

# The United States of America

And further, I renounce, rescind my signature and abjure from any venue and jurisdiction not clothed within a constitutional court of one of the several States exercising the judicial Power of one of the several States with me unknowingly waiving my unalienable rights secured in a particular constitution of whichever one of the several States I am domiciled with the only exception being under the Law of Necessity.

And further, I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity of the following: all regulations promulgated or enforced by all agencies of the "headless fourth branch of government" and "administrative state"; and, all federal agencies especially those knowingly or unknowingly that are "independent agencies" or "independent establishments," and, all state agencies by and through all forms of grants, cooperative agreements, memorandums of understanding, agreements and documents known or unknown to me including but not limited to the State Plans that are inextricably intertwined with federal agencies and federal regulations that are not "substantive regulations," *i.e.*, "legislative rules" as held in *Chrysler v. Brown*, 441 U.S. 281 (1979); and, only under the laws of necessity would I be subject to any such regulation(s) unless they are identified having the "force and effect of law" as a "substantive regulation," *i.e.*, a "legislative rule" in strict compliance with the Administrative Procedure Act of 1946 codified in 5 U.S.C. chapters 5-9; and, specifically identified in the "proposed rule" published in the Federal Register that said regulation(s) is in compliance with 5 U.S.C. § 553(b); and, specifically identified in the "final rule" published in the Federal Register stating compliance with 5 U.S.C. 553(b)(c)(d) and in compliance with 1 CFR § 21.40, 1 CFR § 21.41 and 1 CFR 21.43.

And further, that I have not knowingly or intentionally waived or surrendered any of my unalienable rights and birthright to any of the above, which is secured in this constitutional Republic founding documents including the Declaration of Independence, The Articles of Confederation, the Constitution of the United States and the constitution of one of the several States of this Union of States that I am currently domiciled; and, that I will support and defend the Constitution of the United States and Laws of the United States as amended by the qualified Electors of the several States against all enemies, either foreign or domestic; and, that I will support and defend the constitution of one of the several State as amended by the qualified Electors of the citizens of that particular one of the

Certificate of Political Status, Citizen Status and Allegiance

Case 1:15-cr-00109-MR Document 5 Filed 12/15/15 Page 4 of 5
BK 1818 PG 246 DOC# 639426

# The United States of America

several States that I am currently domiciled against all enemies foreign and domestic; and, that I will bear true faith and allegiance to the Constitution of the United States and the constitution of the particular one of the several States that I am domiciled; and, that I take this obligation freely, without any mental reservation or purpose of evasion, so help me God.

_____
(Complete and true signature of holder)

Sworn and subscribed before me on August 11, 2015 being a Notary Public in and for the State of North Carolina. My Commission expires on 10/23/2019

_____
Signature of Notary Public

[SEAL]

REBECCA JILL PERRY
Notary Public-North Carolina
COUNTY OF ASHE
My Commission Expires 10-23-2019

Bk 1818  Pg 247
Doc No: 639425  Kind: SEE/INST