United States District Court
For the Western District of North Carolina

| | |
|---|---|
| **United States of America** ) | |
| *Plaintiff,* ) | |
| v. ) | Case No. 1:15-cr-00109-MR |
| ) | |
| **Curtis Edwin Leyshon,** ) | |
| *Accused.* ) | |

FILED
ASHEVILLE, N.C.
JAN 1 4 2016
U.S. DISTRICT COURT
W. DIST. OF N.C.

## MOTION TO EXCEPT LATE FILING

COMES NOW, Curtis Edwin Leyshon (hereafter I, me, my or "Leyshon"), a born again child of God, called to preach the Truth of my Lord and Savior Jesus Christ. I am currently domiciled in North Carolina and my home is Heaven. I am unrepresented, without assistance of counsel, and come as myself. I am an American citizen, white citizen, a Natural Born Native and citizen of North Carolina domiciled in North Carolina, one of the several states guaranteed a republican form of government.

I noticed this morning, 1/14/2015, that the appeal order was entered on 12/14/2015. I had that date mixed up with the date the record was corrected and finalized. I have attached the 2 dockets I received. The first docket omitted the appeal order and the motion and status I had entered in the record. When I received the corrected docket I confused the appeal date with the date the motion and status were filed. I ask this court to except this Motion as timely filed from the date of the record being completed as this was merely a clerical error whose error was not all mine.

My Hand,

## XII. Certificate of Service.

I certify that a copy of this Motion and attachments were either delivered personally or mailed via USPS first class to the following parties:

**David Andrew Thorneloe**
**US Attorney's Office**
**100 Otis Street**
**Room 233**
**Asheville, NC 28801**
**and**

Date: January 15th, 2015

_____
Signature