828-271-4661
Fax: 828-271-4670
Email: david.thorneloe@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/09/2015 | 1 | Violation Notice as to Curtis E. Leyshon (1) count(s) 1. (Attachments: # 1 Judgment) (thh) . (Entered: 12/10/2015) |
| 12/09/2015 | 2 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Curtis E. Leyshon (Filing fee $ 37 PAID.) (thh) (Entered: 12/10/2015) |
| 12/10/2015 | 3 | Minute Sheet from Hearings. (thh) (Entered: 12/10/2015) |

Asheville, NC 28801
828-271-4661
Fax: 828-271-4670
Email: david.thorneloe@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Assistant US Attorney

| Date Filed | # | Docket Text |
|---|---|---|
| 12/09/2015 | 1 | Violation Notice as to Curtis E. Leyshon (1) count(s) 1. (Attachments: # 1 Judgment) (thh) . (Entered: 12/10/2015) |
| 12/09/2015 | 2 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Curtis E. Leyshon (Filing fee $ 37 PAID.) (thh) (Entered: 12/10/2015) |
| 12/10/2015 | 3 | Minute Sheet from Hearings. (thh) (Entered: 12/10/2015) |
| 12/14/2015 | 4 | **ORDER as to Curtis E. Leyshon that Appellant shall file his brief on appeal on or before 30 days from entry of this Order; Appellee shall file its brief on or before 30 days from filing of Appellants brief. FURTHER ORDERED during pendency of the appeal, execution of the sentence to pay a fine, costs, and restitution is stayed. re 2 Appeal of Magistrate Judge Decision to District Court (MJ) filed by Curtis E. Leyshon. Signed by District Judge Martin Reidinger on 12/14/15. (Pro se litigant served by US Mail.)(ejb) (Entered: 12/14/2015)** |
| 12/15/2015 | 5 | Miscellaneous Filing received by Curtis E. Leyshon in violation #4836267 on August 12, 2015. (thh) (Entered: 12/15/2015) |
| 12/15/2015 | 6 | Miscellaneous Filing received by Curtis E. Leyshon in violation #4836267 on December 9, 2015 filed during court. (thh) (Entered: 12/15/2015) |