CURTIS LEYSHON
915 NORTH PINE RUN RD
BOONE, NC 28607

FILED Amy J. Shook
Register of Deeds, Watauga Co, NC
Fee Amt: $26.00
Bk 1818  Pg 244 (4)
Recorded: 08/11/2015 at 11:35:39 AM
Doc No: 639426  Kind: SEE/INST

639426

# The United States of America

### CERTIFICATE OF POLITICAL STATUS, CITIZEN STATUS AND ALLEGIANCE
### STATE OF NORTH CAROLINA ) ss.
### Watauga County )

**Personal description of the Holder of this Certificate of Political Status, Citizen Status and Allegiance:**

**True name** – Curtis Edwin Leyshon; **Date of Natural Birth** – July 15th, 1957; **Location of Natural Birth** – Wilson, North Carolina; **Complexion** - white; **Race** – Caucasian; **Color of eyes** – brown; **Color of hair** – brown; **Height** – 6 ft. 3 in.; **Weight** – 235 lbs.; **Visible distinctive marks** – scar on right abdomen; **Marital status** – married; **Nationality and Political Status** – North Carolinian, a native of the several States; **Citizen status**: white citizen; and, American citizen; and, citizen of the United States of America; and, Natural Born Native and citizen of the foreign state of North Carolina domiciled in the territorial boundaries of North Carolina,



currently a citizen of North Carolina and a qualified elector of North Carolina. I under oath certify that the facts herein are true and correct under the penalties of perjury and that the photograph affixed hereto is a likeness of me.

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, State or sovereignty, of which I have been a subject or citizen, including any allegiance to or to be clothed with the fictional status of a "citizen of the United States" as a misnomer declared in 14 Stat. 27 codified in 42 U.S.C. §§ 1981, 1982 and 1988 by Congress with said "citizen of the United States" memorialized in the Fourteenth Amendment having no direct access to the Bill of Rights Amendments One through Eight of the Constitution of the United States; and, with the Bill of Rights one through eight being "incorporated" at the discretion of the Courts of the United States into the fictional "citizen of the United States." Take Notice of the Fact that a "citizen of the United States" domiciled within the District of Columbia is NOT subject to the Fourteenth Amendment, but is a "qualified elector" as evidenced in DC ST § 1-1001.02(2)(B) clothed by and with the direct protections of the Bill of Rights Amendments one through eight.

Certificate of Political Status, Citizen Status and Allegiance        Page 1 of 4

Attachment 1

And further, I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity and any such use of the status of a "citizen of the United States" under the Plenary Power of Congress using "Acts of Congress" and/or "Laws of Congress" as follows: by and through using adhesion contracts, and/or by and through using the "public rights" doctrine of accepting some benefit(s); and/or, by and through using "implied-in-law contracts; and/or, by and through any means that I have accepted some benefit, *i.e.*, "That the United States, when it creates rights [benefits] against itself, is under no obligation to provide a remedy in the courts" (*United States v. Babcock*, 250 U.S. 328, 331 (1919) being any Court of the United States arising under Article III of the Constitution of the United States exercising the judicial Power of the United States in all Cases in Law and Equity with the only exceptions clothed under the law of necessity; and/or, that any State when it creates rights [benefits] against itself, is under no obligation to provide a remedy in a constitutional courts of one of the several States, with the only exceptions clothed under the law of necessity.

And further, I renounce, rescind my signature and abjure from all of the following: all adhesion contracts and documents known or unknown; and, all implied-in-law contracts and documents known or unknown, all "public rights" doctrine contracts and documents known or unknown; and, all other contracts, agreements and documents that would in any way attach or subject me by any means known or unknown with the only exception being under the Law of Necessity.

And further Congress may vest the Courts of the District of Columbia with administrative or legislative functions, which are not properly judicial, but it may not do so with any Federal Court established arising under Article III of the Constitution of the United States either directly or by appeal including any District Court of the United States, any United States District Court, any Circuit Court of Appeals and the Supreme Court of the United States. *Postum Cereal Co., Inc. v. California Fig Nut Co.*, 272 U.S. 693, 700-701 (1927).

And further, The plenary Power of Congress in the "District of Columbia" is evidenced by "Acts of Congress," "Laws of Congress" or "laws of the United States of America" including but not limited to the "Internal Revenue" Taxation of the National Government that is lawfully and legally confined within the District of Columbia under the Plenary Power of Congress.

And further, I renounce, rescind my signature and abjure from any venue and jurisdiction not clothed within a constitutional court of one of the several States exercising the judicial Power of one of the several States with me unknowingly waiving my unalienable rights secured in a particular constitution of whichever one of the several States I am domiciled with the only exception being under the Law of Necessity.

And further, I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity of the following: all regulations promulgated or enforced by all agencies of the "headless fourth branch of government" and "administrative state"; and, all federal agencies especially those knowingly or unknowingly that are "independent agencies" or "independent establishments," and, all state agencies by and through all forms of grants, cooperative agreements, memorandums of understanding, agreements and documents known or unknown to me including but not limited to the State Plans that are inextricably intertwined with federal agencies and federal regulations that are not "substantive regulations," *i.e.*, "legislative rules" as held in *Chrysler v. Brown*, 441 U.S. 281 (1979); and, only under the laws of necessity would I be subject to any such regulation(s) unless they are identified having the "force and effect of law" as a "substantive regulation," *i.e.*, a "legislative rule" in strict compliance with the Administrative Procedure Act of 1946 codified in 5 U.S.C. chapters 5-9; and, specifically identified in the "proposed rule" published in the Federal Register that said regulation(s) is in compliance with 5 U.S.C. § 553(b); and, specifically identified in the "final rule" published in the Federal Register stating compliance with 5 U.S.C. 553(b)(c)(d) and in compliance with 1 CFR § 21.40, 1 CFR § 21.41 and 1 CFR 21.43.

And further, that I have not knowingly or intentionally waived or surrendered any of my unalienable rights and birthright to any of the above, which is secured in this constitutional Republic founding documents including the Declaration of Independence, The Articles of Confederation, the Constitution of the United States and the constitution of one of the several States of this Union of States that I am currently domiciled; and, that I will support and defend the Constitution of the United States and Laws of the United States as amended by the qualified Electors of the several States against all enemies, either foreign or domestic; and, that I will support and defend the constitution of one of the several State as amended by the qualified Electors of the citizens of that particular one of the

## The United States of America

several States that I am currently domiciled against all enemies foreign and domestic; and, that I will bear true faith and allegiance to the Constitution of the United States and the constitution of the particular one of the several States that I am domiciled; and, that I take this obligation freely, without any mental reservation or purpose of evasion, so help me God.

_____
(Complete and true signature of holder)

Sworn and subscribed before me on  August 11, 2015
being a Notary Public in and for the State of North Carolina. My Commission expires on  10/23/2016.

_____
Signature of Notary Public

REBECCA JILL PERRY
Notary Public-North Carolina
COUNTY OF ASHE
My Commission Expires: 10/23/2016

[SEAL]

# NORTH CAROLINA VOTER REGISTRATION APPLICATION

06W

Please use black ink and print legibly.

**1** Are you a citizen of North Carolina? ☒ Yes ☐ No    Will you be at least 18 years of age on or before election day? ☒ Yes ☐ No

IF YOU CHECKED "NO" IN RESPONSE TO THIS QUESTION, DO NOT SUBMIT THIS FORM.

**2** Last Name: Leyshon
First Name: Curtis
Middle Name: Edwin
☐ Jr ☐ Sr ☐ II ☐ III ☐ IV ☐ V

**3** Date of Birth MMDDYYYY: 07151957    State of Birth/Country of Birth: N.C.
If you know your NC Voter Registration Number, enter it below.
If you have a NC drivers license or non-operators ID card, enter the number below: 4901397
Enter the last 4 digits of your SSN: 1465
☐ Check here if you do not have a NC drivers license, ID card, or a SSN.

**4** DOMICILE ADDRESS INFORMATION - No P.O. Boxes or Rural Routes
Street Address where you live: 915 North Pine Run Rd.
Apartment, Lot, or Unit Number:
City: Boone    State: NC    Zip Code: 28607
County: Watauga
Have you lived here for 30 days or more? ☒ Yes ☐ No
If "No," date moved? MMDDYYYY:
Phone (Optional): 8282654664

**5** MAILING ADDRESS

**6** GENDER: ☐ Female  ☒ Male
RACE: ☐ African American/Black  ☐ Asian  ☒ White  ☐ American Indian/Alaska Native  ☐ Multiracial  ☐ Other
ETHNICITY: ☐ Hispanic/Latino  ☒ Not Hispanic/Latino
POLITICAL PARTY AFFILIATION: ☐ Democrat  ☒ Republican  ☐ Libertarian  ☐ Unaffiliated  ☐ Other ____

If you indicate a political party that is not currently qualified, or you do not indicate a choice, you will be listed as "Unaffiliated."

**7** PREVIOUS VOTER REGISTRATION (This information will be used to cancel your previous voter registration in another county or state.)

I attest, under **penalty of perjury**, that in addition to having read and understood the contents of this form, that:
- I am a citizen of North Carolina, as indicated above; See the Public Record of Political Status, Citizenship and Allegiance ~ Watauga County, North Carolina BK 1818 PG 244-247;
- I am at least 18 years of age, or will be by the date of the general election;
- I shall have been domiciled in North Carolina, this county, and precinct for 30 days before the election in which I intend to vote as a qualified Elector;
- I will not vote in any other county or state after submission of this form and if I am registered elsewhere, I am canceling that registration at this time; and
- I have not been convicted of a felony, or if I have been convicted of a felony, I have completed my sentence, including any probation or parole. (Citizenship and voting rights are automatically restored upon completion of the sentence. No special document is needed.)

x Curtis E. Leyshon    11/23/2015
Signature    Date

version102013

**Attachment 2 - page 1 of 1**

Donna Houck - Clerk  11-23-15    Attachment 2



3230

# CERTIFICATE OF ORIGIN FOR A VEHICLE

## Jaguar Cars Inc.

| DATE | INVOICE NO. |
|---|---|
| 10/18/84 | NV4292094 |

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE |
|---|---|---|
| SAJAV1340FC 396739 | 1985 | JAGUAR |

| BODY TYPE | | SHIPPING WEIGHT |
|---|---|---|
| 4DR SEDAN | TWHT | 4075 |

| H.P. (S.A.E.) | G.V.W.R. | NO. CYLS | SERIES OR MODEL |
|---|---|---|---|
| 31.54 | | SIX | XJ6 III |

ENGINE NO. - 8L  167960

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

HOWARD ORLOFF IMPORTS INC
4748 WEST FULLERTON AVENUE
CHICAGO,                    IL    60639

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

JAGUAR CARS INC.

BY: _____ VICE PRESIDENT
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)  (AGENT)

J0023867

LEONIA, NEW JERSEY 07605
CITY · STATE

Attachment 3

FOR VALUE RECEIVED, I THE UNDERSIGNED, TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO

NAME OF PURCHASER(S) █████████████████████████████

AND CERTIFY TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF UNDER PENALTY OF LAW THAT THE VEHICLE IS NEW AND HAS NOT BEEN REGISTERED IN THIS OR ANY STATE AND AT THE TIME OF DELIVERY THE VEHICLE WAS SUBJECT TO THE FOLLOWING SECURITY INTERESTS AND NONE OTHER AND WARRANT TITLE TO THE VEHICLE.

FEDERAL REGULATIONS REQUIRE YOU TO STATE THE ODOMETER MILEAGE UPON TRANSFER OF OWNERSHIP

I certify to the best of my knowledge that the odometer reading is ___33___ and reflects the actual mileage of the vehicle unless one of the following statements is checked [ ] 1. the amount of mileage stated is in excess of 99,999 or [ ] 2. The odometer reading is not the actual mileage.

AMOUNT OF LIEN      DATE OF LIEN      KIND OF LIEN      IN FAVOR OF

ADDRESS _____ 4748 _____ BY _____ agent

DEALER   NAME OF DEALERSHIP   DEALER'S LICENSE NO.   AUTHORIZED SIGNATURE OF DEALER   TITLE OR POSITION

State of Illinois
County of Cook

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this ___ day of October _____ 19____

Notary Public   Notary Seal

USE NOTARIZATION ONLY IF REQUIRED BY STATE JURISDICTION



## CERTIFICATE OF ORIGIN FOR A VEHICLE

5694

**GM**

RBLPD019
INVOICE NO.
1 D 8 6 9 1

DATE: 02/24/00

VEHICLE IDENTIFICATION NO: 2G E 1 V 2 25
YEAR: 2000
MAKE: CHEVROLET

BODY TYPE: PICKUP
SHIPPING WEIGHT: 4732

H.P. (S.A.E.): 4.8
G.V.W.R.: 6400
NO. CYLS.: 08
SERIES OR MODEL: CK15753

N.T.R. 1/2

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

28316 CDBF03

PRESTON CHEVROLET-CADILLAC, INC.
13600 W CENTER ST
BURTON      OH   44021-9417

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

```
***************
*  THIS VEHICLE *
*    HAS A      *
*   FEDERAL     *
*   EMISSION    *
*   SYSTEM      *
***************
```

CHEVROLET MOTOR DIVISION
GENERAL MOTORS CORPORATION

BY: _(signature)_
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)    (AGENT)

G18242212

DETROIT      MI   48243-1001
CITY - STATE

Attachment 4

## Assignment 1 — Distributor-Dealer

Each undersigned seller certifies to the best of his knowledge, information and belief under penalty of the law that the vehicle is new and has not been registered in this or any state at the time of delivery and the vehicle is not subject to any security interests other than those disclosed herein and warrant title to the vehicle.

FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO

NAME OF PURCHASER(S): XX

ADDRESS: _____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER: PRESTON CHEVROLET CADILLAC KIA, INC   BY: _Loretta Eastman_

State of: OHIO
County of: _Jennifer Janda_

Notary Public State of Ohio
Commission Expires 10/18/2002

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this **21** day of **APRIL** 19**2000**

Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

## Assignment 2 — Distributor-Dealer

Purchaser: Lake County sundance chevrolet
Address: 5895 E SAGINAW HWY

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER: GRASS LAKE CHEVROLET   BY: _____

State of: MICHIGAN A2156
County of: JACKSON

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this **29** day of **08** 20**00**

Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

## Assignment 3 — Distributor-Dealer

NAME OF PURCHASER(S): JAMES
ADDRESS: 84 MON, LANSING

I certify to the best of my knowledge that the odometer reading is 230 No Tenths

DEALER: SUNDANCE CHEVROLET, INC   A9564

State of: MI
County of: EATON

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this **30th** day of **AUG** 19**00**

Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

## Assignment 4 — Distributor-Dealer

NAME OF PURCHASER(S): _____
ADDRESS: _____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER: _____   BY: _____

State of: _____
County of: _____

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____ 19____

Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

## Odometer Disclosure for Retail Sale

Federal law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or provide a false statement may result in fines and/or imprisonment.

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked. Odometer Reading _____ NO Tenths. ☐ The mileage stated is in excess of its mechanical limits ☐ The odometer reading is not the actual mileage.
**WARNING ODOMETER DISCREPANCY**

Signature(s) of Seller(s): _____
Printed Name(s) of Seller(s): _____ Dealer's No. _____
Signature of Purchaser(s): _____
Printed Name of Purchaser(s): _____
Company Name (if Applicable): _____
Address of Purchaser(s): _____

Date of Statement: _____ Date of Sale: _____
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____ 19____
Notary Public
State of: _____
County of: _____

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

## Lienholder

1st lien in favor of: _____
whose address is: _____
2nd lien in favor of: _____
whose address is: _____

GM521 REV. 3-91

Asheville, NC 28801
828-271-4661
Fax: 828-271-4670
Email: david.thorneloe@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Assistant US Attorney

| Date Filed | # | Docket Text |
|---|---|---|
| 12/09/2015 | 1 | Violation Notice as to Curtis E. Leyshon (1) count(s) 1. (Attachments: # 1 Judgment) (thh) . (Entered: 12/10/2015) |
| 12/09/2015 | 2 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Curtis E. Leyshon (Filing fee $ 37 PAID.) (thh) (Entered: 12/10/2015) |
| 12/10/2015 | 3 | Minute Sheet from Hearings. (thh) (Entered: 12/10/2015) |
| 12/14/2015 | 4 | **ORDER as to Curtis E. Leyshon that Appellant shall file his brief on appeal on or before 30 days from entry of this Order; Appellee shall file its brief on or before 30 days from filing of Appellants brief. FURTHER ORDERED during pendency of the appeal, execution of the sentence to pay a fine, costs, and restitution is stayed. re 2 Appeal of Magistrate Judge Decision to District Court (MJ) filed by Curtis E. Leyshon. Signed by District Judge Martin Reidinger on 12/14/15. (Pro se litigant served by US Mail.)(ejb) (Entered: 12/14/2015)** |
| 12/15/2015 | 5 | Miscellaneous Filing received by Curtis E. Leyshon in violation #4836267 on August 12, 2015. (thh) (Entered: 12/15/2015) |
| 12/15/2015 | 6 | Miscellaneous Filing received by Curtis E. Leyshon in violation #4836267 on December 9, 2015 filed during court. (thh) (Entered: 12/15/2015) |

Attachment 5